289 P.3d 946

**STATE Of Arizona**

v.

**Alyssa Marie BURR.**

**No. CR–12–0241–PR.**

Supreme Court of Arizona.

Sept. 25, 2012.

ORDERED: Petition for Review = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.